**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS CUSHMAN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:20-cv-05767-KAM-RLM |
| Plaintiff, | |
| v. | |
| FORTRESS BIOTECH, INC., LINDSAY A. ROSENWALD, and ROBYN M. HUNTER, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF SRIKANTH SARAVANAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Srikanth Saravanan ("Movant") and proposed Lead Counsel for the Class in the above-captioned action.  I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:   Press release published January 26, 2021 on *PR Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:   Signed PSLRA Certification of Movant;

Exhibit C:   Table of Movant's calculated losses, as a result of transactions in Fortress Biotech, Inc. securities; and

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 26th day of January 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 26, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 26, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh