# EXHIBIT C

## Loss Chart

**Company Name:**      Fortress Biotech, Inc.
**Ticker:**      FBIO
**Class Period:**      December 11, 2019 to October 9, 2020
**Name:**      Srikanth Saravanan

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/8/2020 | 2,544 | $4.69 | -$11,931.3600 | | $0.0000 | -$11,931.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **2,544** | | | | **Subtotal:** | **-$11,931.36** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $7,058.78 |
| | | | $2.7747 | 2,544 | **Total:** | **-$4,872.58** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between October 12, 2020 and January 8, 2021.