UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS CUSHMAN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FORTRESS BIOTECH, INC., LINDSAY A. ROSENWALD, and ROBYN M. HUNTER, <br><br> Defendants. | Case No.  1:20-cv-05767-KAM-RLM |

NOTICE OF MOTION OF YASSER ABED AND EVAY AVBENAKE FOR APPOINTMENT
AS CO-LEAD PLAINTIFFS AND APPROVAL OF LEAD COUNSEL

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Yasser Abed ("Abed") and Evay Avbenake ("Avbenake"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for the entry of an Order: (1) appointing Abed and Avbenake as Co-Lead Plaintiffs on behalf of a class consisting of all persons and entities other than the above-captioned defendants that purchased or otherwise acquired Fortress Biotech, Inc. securities between December 11, 2019 and October 9, 2020, both dates inclusive (the "Class"); and (2) approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

Abed and Avbenake are aware of Rule A. of the Honorable Roanne L. Mann's Individual Motion Practices and Rules ("Judge Mann's Rules") with respect to non-dispositive motions, which provides, in relevant part: "[P]arties seeking judicial resolution of such a dispute should comply with Local Civil Rules 37.3 and 6.4 and file a Letter Motion, not exceeding three (3) pages, exclusive of attachments. No formal motion is required. If more than three pages are necessary, parties should file a Letter Motion on ECF requesting permission to file a submission exceeding three pages." (Emphasis in original).  Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the above-captioned action is January 26, 2021, on which date any member of the putative class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II).  Abed and Avbenake will thus not know the identities of the other putative class members, if any, who intend to file competing Lead Plaintiff motions until January 27, 2021— the day after the statutory deadline—making conferral with opposing parties and full compliance with the aforementioned rules prior to the filing of the motion papers of Abed and Avbenake impracticable.

1

Further, under the PSLRA, the Court is to appoint as lead plaintiff the movant or group of movants "that the court determines to be most capable of adequately representing the interests of class members," 15 U.S.C. § 78u-4(a)(3)(B)(i), which requires a determination of, *inter alia*, whether movants have filed their motion by the PSLRA's statutory deadline, have the largest financial interest in the litigation, and otherwise satisfy the requirements of Federal Rule of Civil Procedure 23 ("Rule 23"). *See* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa)-(cc). Accordingly, Abed and Avbenake respectfully submit that providing the requisite showings of financial interest and satisfaction of Rule 23's criteria under the PSLRA will require a submission exceeding the three-page limitation set forth in Judge Mann's Rules. Likewise, to timely file this motion with the Court, Abed and Avbenake respectfully submit that the filing of a formal motion along with a supporting memorandum of law, declaration, and proposed order on the January 26, 2021 motion deadline is necessary in this instance to preserve their statutory right to seek appointment as Co-Lead Plaintiffs pursuant to the PSLRA.

Under these circumstances, Abed and Avbenake respectfully request that compliance with Judge Mann's Rule A. with respect to non-dispositive motions be waived in this instance.

Dated: January 26, 2021

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
James M. LoPiano*
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com
jlopiano@pomlaw.com

2

POMERANTZ LLP
Patrick V. Dahlstrom
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Yasser Abed and Evay Avbenake
and Proposed Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall*
Rina Restaino*
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
Facsimile: (877) 590-0482
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Evay Avbenake*

(*\*pro hac vice* applications forthcoming)

3