UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THOMAS CUSHMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTRESS BIOTECH, INC., LINDSAY A. ROSENWALD, and ROBYN M. HUNTER,<br><br>Defendants. | Case No.  1:20-cv-05767-KAM-RLM |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF
YASSER ABED AND EVAY AVBENAKE FOR APPOINTMENT AS CO-LEAD PLAINTIFFS
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Yasser Abed ("Abed") and Evay Avbenake ("Avbenake"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion of Abed and Avbenake for appointment as Co-Lead Plaintiffs for the Class and approval of their selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart reflecting the financial interest of Abed and Avbenake in this litigation; |
| Exhibit B: | Press release announcing the pendency of the above-captioned action; |
| Exhibit C: | Shareholder Certifications executed by Abed and Avbenake; |
| Exhibit D: | Joint Declaration executed by Abed and Avbenake; and |
| Exhibit E: | Firm resume of Pomerantz. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 26, 2021 at New York, New York.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1