# EXHIBIT A

**Fortress Biotech, Inc. (FBIO)**
**Class Period: December 11, 2019 to October 9, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Abed, Yasser | 10/8/2020 | 15,100 | $4.7380 | ($71,544) | 10/12/2020* | (25,100) | $3.1700 | $79,567 | | |
| Abed, Yasser | 10/9/2020 | 10,000 | $4.5000 | ($45,000) | | | | | | |
| **Abed, Yasser** | | **25,100** | | **($116,544)** | | **(25,100)** | | **$79,567** | **25,100** | **($36,977)** |
| | | | | | | | | | | |
| Avbenake, Evay | 8/31/2020 | 3,500 | $4.0250 | ($14,088) | 9/16/2020 | (200) | $4.4401 | $888 | | |
| Avbenake, Evay | 8/31/2020 | 3,500 | $4.0099 | ($14,035) | 9/16/2020 | (1,000) | $4.4200 | $4,420 | | |
| Avbenake, Evay | 8/31/2020 | 3,000 | $3.9600 | ($11,880) | 9/16/2020 | (1,000) | $4.4700 | $4,470 | | |
| Avbenake, Evay | 8/31/2020 | 2,994 | $3.9790 | ($11,913) | 10/12/2020* | (50) | $3.1700 | $159 | | |
| Avbenake, Evay | 8/31/2020 | 800 | $3.9191 | ($3,135) | 10/12/2020* | (65) | $3.1700 | $206 | | |
| Avbenake, Evay | 8/31/2020 | 6 | $3.9700 | ($24) | 10/12/2020* | (1,749) | $3.1700 | $5,544 | | |
| Avbenake, Evay | 9/22/2020 | 1,400 | $4.3695 | ($6,117) | 10/12/2020* | (1,900) | $3.1700 | $6,023 | | |
| Avbenake, Evay | 10/9/2020 | 400 | $4.1698 | ($1,668) | 10/12/2020* | (2,900) | $3.1700 | $9,193 | | |
| Avbenake, Evay | 10/9/2020 | 150 | $4.1650 | ($625) | 10/12/2020* | (6,886) | $3.1700 | $21,829 | | |
| **Avbenake, Evay** | | **15,750** | | **($63,484)** | | **(15,750)** | | **$52,732** | **13,550** | **($10,753)** |
| | | | | | | | | | | |
| Summary | | | | | | | | | | |
| Abed, Yasser | | 25,100 | | ($116,544) | | (25,100) | | $79,567 | 25,100 | ($36,977) |
| Avbenake, Evay | | 15,750 | | ($63,484) | | (15,750) | | $52,732 | 13,550 | ($10,753) |
| **Total** | | **40,850** | | **($180,028)** | | **(40,850)** | | **$132,299** | **38,650** | **($47,730)** |

*Sales were valued at the average closing prices beginning on the first day after the end of the class period to the sale date