| | |
|---|---|
| THOMAS CUSHMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTRESS BIOTECH, INC., LINDSAY A. ROSENWALD, and ROBYN M. HUNTER,<br><br>Defendants. | Case No. 1:20-cv-05767-KAM-RLM |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF SRIKANTH SARAVANAN'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 72(A) TO THE MAGISTRATE JUDGE'S ORDER DATED MARCH 24, 2020 APPOINTING LEAD <u>PLAINTIFF AND APPROVING LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Srikanth Saravanan ("Saravanan") and proposed Lead Counsel for the Class in the above-captioned action. I make this declaration in support of Saravanan's Objections Pursuant to Fed. R. Civ. P. 72(a) to the Magistrate Judge's Order Dated March 24, 2020 Appointing Lead Plaintiff and Approving Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Joint Declaration of Paul Sapan and Rony Awaida in Support of Their Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel, filed in *Chauhan v. Intercept Pharmaceuticals*, No. 21-cv-00036 (S.D.N.Y.), Docket Number 24-4, on January 4, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of April 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On April 7, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 7, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh