**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THOMAS CUSHMAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FORTRESS BIOTECH, INC., LINDSAY A. ROSENWALD, and ROBYN M. HUNTER,<br><br>Defendants. | Case No. 1:20-cv-05767-KAM-RLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action, *Cushman, et al v. Fortress Biotech, Inc., et al.*, 1:20-cv-05767-KAM-RLM, brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiffs Thomas Cushman, Yasser Abed, and Evay Avbenake hereby voluntarily dismiss the above-captioned action, without prejudice, as to all defendants.  All parties will bear their own costs and fees.

Dated: June 23, 2021                              Respectfully submitted,

                                                                **POMERANTZ LLP**

                                                                */s/ Matthew L. Tuccillo*
                                                                Jeremy A. Lieberman
                                                                Matthew L. Tuccillo
                                                                J. Alexander Hood II
                                                                Jennifer Banner Sobers
                                                                600 Third Avenue, 20th Floor
                                                                New York, NY 10016
                                                                Telephone: (212) 661-1100
                                                                Facsimile: (212) 661-8665

Email:  jalieberman@pomlaw.com
mltuccillo@pomlaw.com
ahood@pomlaw.com
jbsobers@pomlaw.com

*Counsel for Plaintiff*